RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for David Abraham Monalim

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-156-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID ABRAHAM MONALIM, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States Probation Office will prepare a pre-plea Pre-Sentence Investigation Report for Defendant David Abraham Monalim.

DATED this 14th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE