UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: David Abraham Monalim

Case No.: 2:16CR00156

**SUPERVISION REPORT REQUESTING TRANSFER OF JURISDICTION**

November 1, 2018

TO: The Honorable Kent J. Dawson
United States District Judge

On January 24, 2017, the offender was sentenced by Your Honor to thirty-three (33) months imprisonment and three (3) years of supervised release for Count 1: Felon in Possession of a Firearm. Supervised release commenced on September 21, 2018 and expires on September 20, 2021. The offender's supervision was transferred to the District of Hawaii upon being released from BOP.

On October 18, 2018, the District of Hawaii requested that a Transfer of Jurisdiction be initiated to their area as the offender has no plans to return to the Las Vegas area. The U.S. Probation Office, Las Vegas Division concurs with this recommendation. Please see attached FM22, Request for Transfer of Jurisdiction form, for your consideration. If you have any questions or comments, the undersigned can be reached at (702) 527-7274.

Respectfully submitted,

Margarita Hernandez Powell
2018.11.01 15:32:17 -07'00'

Margarita Hernandez Powell
U.S. Probation Office

Approved:

Benjamin Johnson
2018.11.01 14:52:31 -07'00'

Benjamin B. Johnson, Supervisory
U.S. Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 2/88) | | 2:16CR00156 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| David Abraham Monalim | Nevada | Las Vegas |
| | NAME OF SENTENCING JUDGE | |
| | Kent J. Dawson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/21/2018 | TO 9/20/2021 |

| OFFENSE |
| --- |
| Count 1: Felon in Possession of a Firearm |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___NEVADA___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Hawaii___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    November 2, 2018          _[signature]_
      *Date*                  *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___HAWAII___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    _____          _____
     *Effective Date*         *United States District Judge*